IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN ANDREW KISTER, AIS #264274, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 2:20-cv-606-ECM |
| | ) |
| PATRICE RICHIE JONES, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM OPINION and ORDER**

On August 14, 2023, the Magistrate Judge entered a Recommendation (doc. 47) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

  ORDERED as follows:

1. The Recommendation of the Magistrate Judge (doc. 47) is ADOPTED;

2. The Defendants' Answer and Special Report (doc. 14) is construed as a motion for summary judgment, and the motion for summary judgment (doc. 14) is GRANTED;

3. This case is DISMISSED with prejudice.

A separate Final Judgment will be entered.

DONE this 13th day of September, 2023.

                                                /s/ Emily C. Marks
                                              EMILY C. MARKS
                                              CHIEF UNITED STATES DISTRICT JUDGE